CHARLES W. MORHOUS, Plaintiff, v. PLATTSBURGH PUBLISHING COMPANY, INC., Defendant.— Motion to dismiss appeal granted, without costs. This decision is not to be construed as prejudicial to the making of an application at Special Term if appellant is so advised. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [206 Misc. 115.]

In the Matter of the Claim of ASTRID NORDGREN, Appellant, against JOHN T. BRADY & Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of HENRY O'BLOCK, Appellant, against DANIEL S. DRACUP & COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of RAMON PEREZ, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

JOSEPH A. PETNEL, Appellant, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY et al., Respondents.— The motion by appellant for particular directions as to the contents of the record on appeal is denied. The record should be settled before the Special Term in accordance with the appropriate practice unless the parties can agree on what it should contain. We decline to pass presently on what matters may have more or less relevancy or importance to be included in the record in the light of our prior decision. The record may assume any of the forms permitted by the present rules at the option of appellant. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

In the Matter of the Claim of CLARA PTAZYNSKI, Respondent, against AMERICAN SUGAR REFINING COMPANY, Respondent. MARKHOFF AND ISAACSON, Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.